UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
: No. 06 Civ. 15389 (BSJ)
AMERICAN INTERNATIONAL GROUP, :
INC. :
:
Plaintiff, :
: **ORDER TO SHOW CAUSE**
v. :
:
:
DONG "DEE" CHUNG, :
:
Defendant. :
:
------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 1/17/07

Upon the annexed declarations of Alexander C.B. Barnard and Janet Cheung and the accompanying Memorandum of Law, together with all exhibits and attachments thereto submitted by Plaintiff American International Group, Inc. ("AIG"), it is hereby:

ORDERED, that the above named Defendant, Dong "Dee" Chung ("Defendant"), show cause before this Court, in Courtroom 26 of the United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on January 22, 2007, at 11 o'clock in the a.m. thereof, or as soon thereafter as counsel may be heard, why an order should not issue pursuant to Local Rule 83.9 of the Southern District of New York:

(a) Adjudicating Defendant in civil contempt of court by virtue of her violations of this Court's temporary restraining order dated December 22, 2006 as modified by this Court's subsequent order dated December 27, 2006;

(b) Adjudicating Defendant in civil contempt of court by virtue of her violations of this Court's preliminary injunction order dated January 4, 2007;

(c) Fixing a fine to be paid personally by Defendant to AIG for her violations of the above orders, which fine shall include all damages found to have been incurred by AIG, but in no event less than $10,000;

60956/2036671.1



(d) Requiring Defendant to pay AIG's costs and attorneys' fees incurred in connection with its Motion for an Order of Contempt and the Imposition of Sanctions against Defendant; and

(e) Granting such other and further relief which the Court may deem just and proper.

It is FURTHER ORDERED that answering papers, if any, shall be personally served at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Plaintiff, 51 Madison Avenue Floor 22, New York, New York 10010 on or before January 19, 2007; and

It is FURTHER ORDERED that service of this Order to Show Cause, together with the papers on which it was granted, shall be deemed good and sufficient service if made by personal delivery, e-mail to an e-mail address known to have been recently used by Defendant or facsimile on Defendant or her counsel on or before 9 a.m. on January 17, 2007.

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
January 16, 2007